UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEVI LANCASTER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE COOKIE PLACE, INC. AND )<br>ADAM KLAERS, )<br>)<br>Defendants. ) | Case No. _____ |

### DECLARATION OF JEAN ROBERTS

I, Jean Roberts, solemnly affirm under the penalties of perjury that the facts contained in this affidavit are true and correct to the best of my knowledge:

1. I am over the age of eighteen (18) and I am competent to testify to the matters and facts set forth in this affidavit.

2. I am employed by The Cookie Place, Inc. ("Cookie Place") as the Controller and Human Resources Director.

3. In my capacity as Controller and Human Resources Director, I am familiar with certain aspects of the corporation's organizational structure and select information concerning its employees.

4. The Cooke Place is incorporated in the State of Alabama, and has its principal place of business in Alabama.

5. Adam Klaers ("Klaers") is an employee of Cookie Place. Klaers is a resident of the State of Kentucky, and has been since approximately 2003.

6. Plaintiff's employment with Cookie Place ended on March 1, 2016. As of that date, he earned $32,500 annually.

4738128v.1

**EXHIBIT B**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

*/s/ Jean Robert*

Dated September 1, 2017.